UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEN TAYLOR | CIVIL ACTION |
| VERSUS | NO: 18-8941 |
| B & J MARTIN, INC. | SECTION: A |

**JUDGMENT**

Considering the evidence at trial, post-trial memoranda, the Court's findings of fact and conclusions of law, and applicable law; accordingly.

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendants B&J Martin, Inc., Rooster Oil & Gas, LLC, Lege Consulting Services, LLC, Corey Gardiner and Starstone Underwriting Limited on behalf of Lloyd's Syndicate 1301 and Houston Casualty Co. and against the plaintiff, Allen Taylor.

New Orleans, Louisiana, this 25th day of May 2021.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE